UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LENNY C. LANDRY | CIVIL ACTION |
| VERSUS | NO. 06-10895 |
| RUSSELL BUTLER | SECTION "A"(3) |

## ORDER

The Court having considered the petition, the record, the applicable law, and the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge to the extent that the Petitioner has not exhausted his state court remedies with regard to all of his claims at this time.

Accordingly;

**IT IS ORDERED** that the Plaintiff's complaint should be and is hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, Wednesday, July 18, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE